JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 25, 2010

Check No. 2009163

Check Amount: $11,535.24

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-30173-R | 00010 | JACQUELYN M. MESSINGER | 8 | XXXXX8379 | 4.65 | 0.00 | 4.65 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-30173-R | 00016 | JACQUELYN M. MESSINGER | 9 | XXXXX0903 | 102.92 | 6.02 | 108.94 |
| | | Original check written to: <br> FANNIN CAD <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2691 | | | | | |
| 05-40664-R | 00030 | JOHN E. & MARINA B. REYNOLDS | 19 | 2291 | 225.00 | 0.00 | 225.00 |
| | | Original check written to: <br> US DEPARTMENT OF EDUCATION <br> 2500 LAKE COOK ROAD <br> RIVERWOODS, IL 60015 | | | | | |
| 05-41150-R | 00017 | ALLYSON ALEXIS DYE | 2 | XXXXX9190 | 901.92 | 0.00 | 901.92 |
| | | Original check written to: <br> FIRST CHOICE POWER <br> 4100 INTERNATIONAL PLAZA <br> P. O. BOX 901088 <br> FORT WORTH, TX 76109 | | | | | |
| 05-41627-R | 00051 | DOUGLAS B. & MARY ANN ATHENA WALTER | 15 | XXXXX8604 | 33.29 | 0.00 | 33.29 |
| | | Original check written to: <br> JEFFERSON CAPITAL SYSTEMS <br> P. O. BOX 23051 <br> COLUMBUS, GA 31902-3051 | | | | | |
| 05-42287-R | 00009 | ROGER PHILLIP LEAS, JR. | 3 | XXXXX5950 | 241.93 | 31.07 | 273.00 |
| | | Original check written to: <br> DENTON COUNTY <br> C/O MCCREARY, ET AL <br> P. O. BOX 26990 <br> AUSTIN, TX 78755 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 25, 2010

Check No. 2009163

Check Amount: $11,535.24

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-42588-R | 00014 | ANTHONY D. & GAY C. SMITH | 9 | XXXXX4604 | 126.98 | 0.00 | 126.98 |
| | | Original check written to: RANGER AMERICA / WB HOLDINGS P. O. BOX 820429 DALLAS, TX 75382 | | | | | |
| 05-42892-R | 00010 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 17 | XXXXX4445 | 57.19 | 0.00 | 57.19 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-42892-R | 00011 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 16 | XXXXX9922 | 43.89 | 0.00 | 43.89 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-42892-R | 00012 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 18 | XXXXX6310 | 43.06 | 0.00 | 43.06 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-43216-R | 00014 | JENNIFER M. GRIFFITH | 0 | XXXXX9663 | 121.33 | 0.00 | 121.33 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 05-43722-R | 00021 | MICHAEL DOUGLAS & BARBARA SUE JONES | 8 | XXXXX4621 | 19.44 | 0.00 | 19.44 |
| | | Original check written to: EMERGE MASTERCARD GOLD P. O. BOX 23051 COLUMBUS, GA 31902-3051 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 25, 2010

Check No. 2009163

Check Amount: $11,535.24

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43838-R | 00001 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | 1 | XXXXX9951 | 14.90 | 0.00 | 14.90 |
| | | Original check written to: OSI PORTFOLIO SERVICES BANKRUPTCY DEPARTMENT P. O. BOX 105460 ATLANTA, GA 30348-5460 | | | | | |
| 05-45999-R | 00031 | GLENN ALLEN & CHERYL ANN THOMPSON | 10 | XXXXX7265 | 75.82 | 2.44 | 78.26 |
| | | Original check written to: NAVARRO COUNTY C/O LINEBARGER, GOGGAN, BLAIR 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2644 | | | | | |
| 05-46465-R | 00011 | JACKIE L. & BONNIE A. BELT | 2 | XXXXX1422 | 1.99 | 0.00 | 1.99 |
| | | Original check written to: CHEVRON USA P. O. BOX 5010 ROOM 1242, SECTION 156 CONCORD, CA 94524-0010 | | | | | |
| 05-46914-R | 00001 | TYRONE A. JONES | 1 | XXXXX4946 | 1,116.42 | 0.00 | 1,116.42 |
| | | Original check written to: FORD MOTOR CREDIT COMPANY P. O. BOX 55000 DRAWER 55-953 DETROIT, MI 48255-0953 | | | | | |
| 06-41676-R | 00098 | KWMECA YECAL BEALER | 9 | XXXXX4668 | 34.08 | 0.00 | 34.08 |
| | | Original check written to: T-MOBILE CUSTOMER RELATIONS P. O. BOX 53410 ALBUQUERQUE, NM 87176-7380 | | | | | |
| 06-42113-R | 00015 | KEITH A. & CONNIE T. BORG | 4 | XXXXX5957 | 892.90 | 0.00 | 892.90 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 25, 2010

Check No. 2009163

Check Amount: $11,535.24

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-50051-R | 00021 | RAY LYNN & DARCY ANN WHITE | 4 | XXXXXIDED | 43.41 | 0.00 | 43.41 |
| | | Original check written to: <br> TEXARKANA EMERGENCY MEDICINE <br> P. O. BOX 6428 <br> TEXARKANA, TX 75505-6428 | | | | | |
| 07-40606-R | 00016 | JONATHON JALAN & AMANDA RUTH CLAYTON | 11 | XXXXX8560 | 228.87 | 0.00 | 228.87 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 07-40936-R | 00023 | LOUIE T. & BARBARA L. NICHOLAS | 3 | XXXXX0331 | 355.41 | 63.85 | 419.26 |
| | | Original check written to: <br> GRAYSON COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |
| 07-40961-R | 00003 | COLIN A. & DONNA A. SCULLION | 10 | XXXXXIDED | 1.24 | 0.00 | 1.24 |
| | | Original check written to: <br> AUBREY FAMILY MEDICINE <br> 958 HIGHWAY 377 SOUTH <br> AUBREY, TX 76227 | | | | | |
| 07-40961-R | 00006 | COLIN A. & DONNA A. SCULLION | 4 | XXXXX6563 | 6.29 | 0.00 | 6.29 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 07-42383-R | 00008 | RAMIRO JR DELGADO | 9 | 0988 | 15.30 | 0.00 | 15.30 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 25, 2010

Check No. 2009163

Check Amount: $11,535.24

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-50222-R | 00023 | JOSE & SHIRLEY A. ZAMORA | 17 | XXXXX2346 | 659.50 | 361.80 | 1,021.30 |
| | | Original check written to: <br> SECURITY FINANCE CENTRAL BANKRUPTCY <br> 209 DAWSON ROAD <br> STE 4B <br> COLUMBIA, SC 29223-1740 | | | | | |
| 08-40283-R | 00019 | JOHN & SHARI SAMUELLS | 4 | XXXXX0112 | 0.00 | 113.14 | 113.14 |
| | | Original check written to: <br> GRAYSON COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |
| 08-40509-R | 00011 | ANTHONY WAYNE WOLF | 7 | XXXXX0000 | 349.16 | 510.00 | 859.16 |
| | | Original check written to: <br> DALLAS COUNTY <br> C/O LINEBARGER, GOGGAN, BLAIR & SAMPSON <br> 2323 BRYAN STREET, SUITE 1600 <br> 1720 UNIVISION CENTER <br> DALLAS, TX 75201-2691 | | | | | |
| 08-40926-R | 00008 | MICHAEL JAMES & STACY RENEA ELLIS | 2 | XXXXX9676 | 581.99 | 0.00 | 581.99 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 08-42142-R | 00044 | ROBERT J HANTSON | 6 | XXXXX0593 | 0.00 | 8.60 | 8.60 |
| | | Original check written to: <br> DENTON COUNTY TAX COLLECTOR <br> P. O. BOX 90223 <br> DENTON, TX 76202-5223 | | | | | |
| 08-43269-R | 00050 | LUIS CARLOS LUCATERO & ROSA VERONICA RIOS | 28 | 8312 | 70.18 | 16.10 | 86.28 |
| | | Original check written to: <br> AURORA LOAN SERVICES <br> 2617 COLLEGE PARK <br> SCOTTS BLUFF, NE 69361 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 25, 2010

Check No. 2009163

Check Amount: $11,535.24

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-43272-R | 00007 | BARRY JAY PALMQUIST | 4 | XXXXX6280 | 0.86 | 0.00 | 0.86 |
| | | Original check written to: <br> QUESTCARE MEDICAL SERVICES <br> P. O. BOX 869326 <br> PLANO, TX 75086-9326 | | | | | |
| 09-41760-R | 00016 | RUPERT MCKENDLY ELLIS | 5 | XXXXX1013 | 1,427.26 | 0.00 | 1,427.26 |
| | | Original check written to: <br> THE BANK OF NY MELLON <br> C/O GOLDBERG & ALEXANDER <br> 800 WEST ELDORADO PARKWAY, SUITE 112 <br> LITTLE ELM, TX 75068-5134 | | | | | |
| 10-40072-R | 00006 | SHELCIA MANSON | | XXXXX5804 | 209.07 | 0.00 | 209.07 |
| | | Original check written to: <br> NUVELL FINANCIAL SERVICES <br> P. O. BOX 380907 <br> BLOOMINGTON, MN 55438-0907 | | | | | |
| | | | | **TOTALS** | **$8,006.25** | **$1,113.02** | **$9,119.27** |