JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 23, 2010

Check No. 2010674

Check Amount: $15,866.43

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-30173-R | 00010 | JACQUELYN M. MESSINGER | 8 | XXXXX8379 | 19.44 | 0.00 | 19.44 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-41063-R | 00017 | JAMES ANTHONY & GLORIA JEAN PATTERSON | 25 | XXXXX6994 | 168.38 | 0.00 | 168.38 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-41063-R | 00060 | JAMES ANTHONY & GLORIA JEAN PATTERSON | 27 | XXXXX9833 | 146.16 | 0.00 | 146.16 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-41063-R | 00062 | JAMES ANTHONY & GLORIA JEAN PATTERSON | 26 | XXXXX6592 | 144.23 | 0.00 | 144.23 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-42165-R | 00010 | GARY LEE FOSTER | 16 | XXXXX0798 | 542.81 | 135.60 | 678.41 |
| | | Original check written to: <br> DENTON COUNTY <br> C/O MCCREARY, ET AL <br> P. O. BOX 26990 <br> AUSTIN, TX 78755 | | | | | |
| 05-42165-R | 00053 | GARY LEE FOSTER | 14 | XXXXX5DEN | 0.01 | 0.00 | 0.01 |
| | | Original check written to: <br> DENTON ISD <br> C/O SAWKO & BURROUGHS <br> 1100 DALLAS DRIVE, SUITE 100 <br> DENTON, TX 76205 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 23, 2010

Check No. 2010674

Check Amount: $15,866.43

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-42448-R | 00021 | LUCILLE A. DAVIS | 3 | XXXXX0000 | 918.51 | 81.92 | 1,000.43 |
| | | Original check written to: <br> DALLAS COUNTY TAX COLLECTOR <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2644 | | | | | |
| 05-42892-R | 00010 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 17 | XXXXX4445 | 33.45 | 0.00 | 33.45 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-42892-R | 00011 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 16 | XXXXX9922 | 25.68 | 0.00 | 25.68 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-42892-R | 00012 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 18 | XXXXX6310 | 25.18 | 0.00 | 25.18 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-42945-R | 00008 | RODNEY D. & MICHELLE C. PALMOUR | 9 | 0083 | 1.02 | 0.00 | 1.02 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-42952-R | 00012 | LASHUNDA M. GRIFFIN | 6 | XXXXX9001 | 443.15 | 11.25 | 454.40 |
| | | Original check written to: <br> MITSUBISHI MOTOR CREDIT <br> P. O. BOX 4401 <br> BRIDGETON, MO 63044-0401 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 23, 2010

Check No. 2010674

Check Amount: $15,866.43

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43182-R | 00010 | WAYNE & HOLLY BLAGG | 4 | XXXXX2043 | 1,491.10 | 321.25 | 1,812.35 |
| | | Original check written to: <br> GRAYSON COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |
| 05-43838-R | 00008 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | 7 | XXXXX0071 | 79.06 | 0.00 | 79.06 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-44391-R | 00025 | PAULA D. DAVIS | 3 | 0818 | 19.50 | 0.00 | 19.50 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-44391-R | 00027 | PAULA D. DAVIS | 5 | XXXXX4196 | 36.93 | 0.00 | 36.93 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-45141-R | 00008 | SHELLY M. WALRAVEN | 1 | XXXXX4638 | 1,525.39 | 0.00 | 1,525.39 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-46177-R | 00052 | KENNETH R. & KIM S. DOYLE | 1 | 9382 | 795.26 | 213.94 | 1,009.20 |
| | | Original check written to: <br> WELLS FARGO BANK NA <br> 3476 STATEVIEW BOULEVARD <br> MAC # X7801-014 <br> FORT MILL, SC 29715 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 23, 2010

Check No. 2010674

Check Amount: $15,866.43

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40187-R | 00026 | SUDIP & PALLAVI PYNE NIYOGI | 6 | XXXXX4040 | 383.87 | 104.96 | 488.83 |
| | | Original check written to: EMC MORTGAGE P. O. BOX 293150 LEWISVILLE, TX 75029-3150 | | | | | |
| 06-40536-R | 00019 | CORY DOUGLAS & AIMEE RENEE HOFFMAN | 3 | XXXXX4078 | 580.58 | 209.16 | 789.74 |
| | | Original check written to: DENTON COUNTY C/O MCCREARY, ET AL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |
| 06-40536-R | 00037 | CORY DOUGLAS & AIMEE RENEE HOFFMAN | 14 | 4078 | 0.30 | 371.91 | 372.21 |
| | | Original check written to: CITY OF LITTLE ELM C/O DENTON COUNTY TAX COLLECTOR P. O. BOX 90223 DENTON, TX 76202 | | | | | |
| 06-41063-R | 00003 | RICHARD LYNN & REBECCA ANN DAVIS | 2 | XXXXX0961 | 321.98 | 0.00 | 321.98 |
| | | Original check written to: SPRINT SPECTRUM LP/SPRINT PCS MS: KSOPHT0101-Z2850 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251-2850 | | | | | |
| 07-41289-R | 00059 | JAMES A. & BRENDA S. HOLMES | 18 | XXXXX8304 | 106.72 | 0.00 | 106.72 |
| | | Original check written to: ASPIRE VISA CLASSIC P. O. BOX 23051 COLUMBUS, GA 31902-3051 | | | | | |
| 07-50186-R | 00006 | WILLIAM GEORGE & ANNICE EWILDI FIELDS | 11 | 6606 | 182.08 | 560.88 | 742.96 |
| | | Original check written to: CITIFINANCIAL P. O. BOX 6931 THE LAKES, NV 88901-0001 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 23, 2010

Check No. 2010674

Check Amount: $15,866.43

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-50222-R | 00032 | JOSE & SHIRLEY A. ZAMORA | 16 | 3977 | 65.51 | 73.70 | 139.21 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 08-40283-R | 00003 | JOHN & SHARI SAMUELLS | 1 | 9964 | 0.00 | 3.83 | 3.83 |
| | | Original check written to: <br> WELLS FARGO HOME MORTGAGE <br> 405 SOUTHWEST 5TH STREET <br> PMT PROCESSING MAC #X2501-01D <br> DES MOINES, IA 50328 | | | | | |
| 08-40937-R | 00003 | CHRISTOPHER ANTHONY & CELESTE ANN MAUSOLF | 1 | XXXXX9492 | 77.78 | 10.92 | 88.70 |
| | | Original check written to: <br> NATIONAL CITY MORTGAGE CO. <br> 3232 NEWMARK DRIVE <br> MIAMISBURG, OH 45342 | | | | | |
| 08-42611-R | 00007 | JOHN PHILLIP & MELISSA MICHELLE MORRISON | 10 | 4469 | 454.18 | 133.75 | 587.93 |
| | | Original check written to: <br> AURORA LOAN SERVICES <br> ATTN: BANKRUPTCY <br> 10350 PARK MEADOW DRIVE <br> LITTLETON, CO 80124 | | | | | |
| 08-42611-R | 00010 | JOHN PHILLIP & MELISSA MICHELLE MORRISON | 12 | XXXXX3881 <br><br> XXXXX3233 | 200.29 | 0.00 | 200.29 |
| | | Original check written to: <br> PROVIDENCE VILLAGE HOA <br> 809 OAKCREST DRIVE <br> PROVIDENCE VILLAGE, TX 76227-7493 | | | | | |
| 08-42611-R | 00028 | JOHN PHILLIP & MELISSA MICHELLE MORRISON | 13 | 4469 | 141.05 | 0.00 | 141.05 |
| | | Original check written to: <br> AURORA LOAN SERVICES <br> ATTN: BANKRUPTCY <br> 10350 PARK MEADOW DRIVE <br> LITTLETON, CO 80124 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 23, 2010

Check No. 2010674

Check Amount: $15,866.43

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-41082-R | 00016 | RYAN R & MY J SCHEFKE | 7 | 4669 | 311.17 | 0.00 | 311.17 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 09-41312-R | 00004 | ROBERT EDWARD HINES | 4 | 2466 | 0.00 | 1,174.58 | 1,174.58 |
| | | Original check written to: <br> BAC HOME LOANS FKA COUNTRYWIDE <br> 7105 CORPORATE PTX B 209 <br> PLANO, TX 75024 | | | | | |
| 09-42448-R | 00004 | LORRAINE HELEN REECE | 5 | XXXXX4219 | 0.00 | 2.40 | 2.40 |
| | | Original check written to: <br> WELLS FARGO FINANCIAL TEXAS INC <br> 4137 121ST STREET <br> URBANDALE, IA 50323-2310 | | | | | |
| 10-50103-R | 00006 | ANITA M. LALUMANDIER | | XXXXX7703 | 10.00 | 0.00 | 10.00 |
| | | Original check written to: <br> CITIFINANCIAL <br> P. O. BOX 6931 <br> THE LAKES, NV 88901-0001 | | | | | |
| | | | | **TOTALS** | $9,250.77 | **$3,410.05** | **$12,660.82** |